United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 22-01269-MJC
Johnathan Michael Hau  Chapter 7
Mazzie Lee Shoemaker
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 2
Date Rcvd: Jul 28, 2022     Form ID: pdf010     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: mazziehau@gmail.com | Jul 28 2022 18:38:00 | Johnathan Michael Hau, 19 Christian Ln, Lock Haven, PA 17745-8236 |
| jdb | + Email/PDF: mazziehau@gmail.com | Jul 28 2022 18:38:00 | Mazzie Lee Shoemaker, 19 Christian Ln, Lock Haven, PA 17745-8236 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 28 2022 18:40:10 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5485424 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 28 2022 18:40:21 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lawrence G. Frank (Trustee) | lawrencegfrank@gmail.com PA39@ecfcbis.com |

Rebecca Ann Solarz     on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Johnathan Michael Hau

Debtor 1

Mazzie Lee Shoemaker

Debtor 2

Chapter: 7
Case No.: 4:22-bk-01269-MJC

## ORDER DISMISSING CASE

**IT IS ORDERED** that this case is hereby dismissed due to the Debtors' failure to comply with Order dated July 11, 2022.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 28, 2022